[No. 28619-3-III. Division Three. May 12, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. ROY ANTHONY WELCH, *Appellant*.

Appeal from a judgment of the Superior Court for Stevens County, No. 08-1-00218-1, Allen Nielson, J., entered November 18, 2009. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kulik, C.J., and Siddoway, J.

[No. 63980-3-I. Division One. May 16, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT BRIAN WHITE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-05978-1, Jeffrey M. Ramsdell, J., entered July 13, 2009. *Affirmed* by unpublished opinion per Lau, J., concurred in by Cox and Appelwick, JJ.

[No. 64661-3-I. Division One. May 16, 2011.]

LARRY W. REINERTSEN ET AL., *Respondents*, v. CAROLYN RYGG ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 04-2-08016-7, David F. Hulbert, J. Pro Tem., entered December 22, 2009. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Dwyer, C.J., and Lau, J.

[No. 64738-5-I. Division One. May 16, 2011.]

DANIEL HERR, *Appellant*, v. ESMAEIL FORGHANI ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-39692-6, William L. Downing, J., entered December 18, 2009. *Affirmed* by unpublished opinion per Lau, J., concurred in by Dwyer, C.J., and Spearman, J.